

# THE THIRTEENTH COURT OF APPEALS

13-19-00038-CV

The City of Alamo, Luciano Ozuna Jr., Roberto De La Garza, and Diana Martinez
v.
Baudelio Castillo

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Cause No. C-4669-18-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, The City of Alamo, Luciano Ozuna, Jr., Roberto De La Garza, and Diana Martinez.

We further order this decision certified below for observance.

May 30, 2019